**Order filed September 21, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00572-CV

_____

## TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellant

## V.

## T. R. W., Appellee

**On Appeal from the 207th District Court
Hays County, Texas
Trial Court Cause No. 16-1887**

## O R D E R

Appellant's brief was due September 15, 2017. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **October 16, 2017**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM